# INDEX OF EXHIBITS

A. Plaintiffs' FOIA Request (May 21, 2015)

B. Cover Email for Submission of FOIA Request (May 21, 2015)

C. Resubmission of May 21, 2015 FOIA through FOIA Online System (July 13, 2015)

D. FOIA Online System Receipt for Resubmission of May 21, 2015 FOIA Request through FOIA Online System (July 13, 2015)

E. Email from CBPFOIA@cbp.dhs.gov Denying Expedited Processing (October 6, 2015)

F. Aukerman Letter Appealing Denial of Expedited Processing (October 14, 2015)

G. Email from CBPFOIA@cbp.dhs.gov Regarding Fee Waiver (October 21, 2015)

H. Aukerman Letter Appealing Failure to Make Timely Determination on FOIA Request and Reiterating Appeal of Denial of Expedited Processing (November 19, 2015)

I. Howard Letter Re Initial Response to FOIA Request (January 12, 2016)

J. Administrative Appeal Letter by Damren (February 29, 2016)

K. Administrative Closure (May 9, 2016)

L. Suzuki Letter Re Appeal of Expedited Processing and FOIA Online System (September 30, 2016)

M. Email from CBPFOIA@cbp.dhs.gov to Miriam Aukerman (October 21, 2015)

N. Email from CBPFOIA@cbp.dhs.gov to Miriam Aukerman (October 30, 2015)

O. Aukerman Email Seeking Clarification on Case Numbers (October 26, 2016)

P. Plaintiffs' Letter Re Problems with FOIA Online System (February 26, 2016)