UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHIGAN IMMIGRANT RIGHTS CENTER,** et al.**,**

    Plaintiffs,

vs.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** et al.,

    Defendants.

Case No. 16-cv-14192

Judge John Corbett O'Meara

Magistrate Judge Elizabeth A. Stafford

# MEMORANDUM IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Border Patrol Map |
| Exhibit B | 2015 FOIA Request |
| Exhibit C | 2/29/2016 Dykema Letter |
| Exhibit D | 2017 FOIA Request |
| Exhibit E | Category A Sample Spreadsheet |
| Exhibit F | 3/30/17 Aukerman/Nestler Email Exchange |
| Exhibit G | Category B Sample |
| Exhibit H | 3/5/18 Aukerman Letter |
| Exhibit I | 3/16/18 Aukerman/Nestler Email Exchange |
| Exhibit J | Bratlie Declaration |

1

Exhibit K    Mass Declaration

Exhibit L    Cohn Declaration

Exhibit M    Sheley Declaration

Exhibit N    Wessler Declaration

Exhibit O    Robinson Declaration

Exhibit P    Morawetz Declaration

Exhibit Q    Ebadolahi Declaration

Exhibit R    Aukerman Declaration