# Exhibit N

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHIGAN IMMIGRANT RIGHTS CENTER, DR. GEOFFREY ALAN BOYCE, DR. ELIZABETH OGLESBY, and AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN,** | Case No. 16-cv-14192 |
| Plaintiffs, | Judge John Corbett O'Meara |
| vs. | Magistrate Judge Elizabeth A. Stafford |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CUSTOMS AND BORDER PROTECTION,** | |
| Defendants. | |

## DECLARATION OF NATHAN FREED WESSLER

I, Nathan Freed Wessler, hereby declare and state as follows:

1. I am a licensed attorney practicing law in the State of New York. I am employed as a staff attorney with the ACLU Speech, Privacy, and Technology Project, where I focus on litigation and advocacy around surveillance and privacy issues, including government searches of electronic devices, requests for sensitive data held by third parties, and use of surveillance technologies.

2. As part of my duties, I regularly file public record requests with state and federal agencies seeking records on a range of topics, including records related to

1

the use of cell site simulators in criminal investigations. Cell site simulators, also known as "Stingrays," mimic cell phone towers and can be used by law enforcement agencies to precisely track and locate suspects' cell phones. In responding to such requests from the ACLU and other requestors, law enforcement agencies have often disclosed the locations where the cell site simulators were deployed or where the investigative subjects were tracked and located.

3.  For example, in response to an ACLU public records request, in 2014 the Tallahassee Police Department produced a spreadsheet detailing more than 250 investigations in which it used cell site simulators between September 6, 2007 and February 28, 2014. The records contained location information, including specific addresses, fully intact. I have attached a sample from the responsive spreadsheet and highlighted the relevant location information.[1]

4.  I have also reviewed law enforcement responses to similar public records requests submitted to other police departments. For example, I have attached a sample from a nine-page spreadsheet produced by the Milwaukee Police Department in response to a similar public records request submitted by independent privacy advocate Mike Katz-Lacabe concerning the department's use of cell site simulators. The spreadsheet identifies police districts, precincts, the unit of the officers using the technology, and in some cases includes the actual address

---

[1] The Tallahassee Police Department released the spreadsheet with no redactions. The ACLU redacted the last four digits of the target telephone numbers before providing the records to the public.

where the information was collected. I have highlighted the relevant location information in the records.

5.  I have also attached a sample from a 196-page spreadsheet produced by the Baltimore Police Department in response to public records requests from USA Today. The spreadsheet contains location information in the "status" column that frequently identifies addresses where subjects were found. In some instances, the information contained in the spreadsheet includes addresses and apartment numbers where a subject was "captured." I have highlighted the relevant location information in the records.

6.  I have attached a sample response from the Erie County Sheriff's Office in New York that was produced in response to a 2014 public records request submitted by the New York Civil Liberties Union. As evidenced by the representative sample, the forms that were produced in response to this records request included the municipality, officer's dispatch district, and addresses where the cellular tracking took place. I have highlighted the relevant location information in the records.

7.  Finally, I have attached a document summarizing records produced by the San Diego Police Department in response to a public records request submitted by the First Amendment Coalition in 2014. The document provides information from logs produced in investigations in which cell site simulators were used between

2010 and 2015, and includes information about where the target's phone was located or where the cell site simulator was deployed for several of the investigations. I have highlighted the relevant location information in the records.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: March 26, 2018

Nathan Freed Wessler

4

| Date | Track | Exigent | Incident Type | Agency | Location | Agency Case Number | Court Case Number | Target # | Order Status | Sealed |
|---|---|---|---|---|---|---|---|---|---|---|
| 9-6-07 (?) | X | | Wanted Person | USMS | 400 Blk Macomb St. | N/A | | UNKNOWN | Exigent/Consent | |
| 9/14/2007 | X | | Wanted Person | TPD/USMS | Chatahoochee, FL | 07-27677 | 08-CF-684 | (850) 544- | Court Order | X |
| 10/9/2007 | X | X | Homicide | TPD/LCSO/WCSO | Wakulla, FL | 07-32767 | | (850) 766- | Exigent/Consent | |
| 10/26/2007 | X | | Drug Trafficking | TPD | 679 W. Tennessee St. | 07-34842 | 07-CF-3988 | (850) 264- | Court Order | X |
| 11/2/2007 | X | X | Abduction | LCSO | See LCSO report | LCSO 07251052 | | UNKNOWN | Exigent/Consent | |
| | | | | | | | | | | |
| 1/10/2008 | X | X | Robbery Just Occurred | TPD | 1410 CCNF Majestic Dr. | 08-001032 | 13-CF3120 OPEN | (850) 591- | Exigent/Consent | X |
| 1/18/2008 | X | | Grand Theft | TPD | 2408 Surrey Street JacksonBluff | 08-001872 | | (850) 727- | Court Order | |
| 2/13/2008 | X | | Wanted Person | TPD | Gaines St. Area | 07-021774 | | (850) 728- | Unable to Locate | |
| 2/15/2008 | X | | Wanted Person | TPD | S. Leon County | | | (850) 727- | Unable to Locate | |
| 3/7/2008 | X | X | Sex Battery/Grand Theft | TPD | Fleetwood Dr. | 08-007662 | | (850) 241- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | 3535 Apalachee Prkwy | 08-013406 | | (561) 843- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | 7535 W. Tennessee St. | 08-013421 | | (239) 293- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | Majestic Dr. | 08-013508 | | (850) 510- | Exigent/Consent | |
| 4/25/2008 | X | X | Robbery Just Occurred | TPD | Wilson Green | 08-013276/013508 | 08-CJ-494 | (850) 980- | Court Order | X |
| 4/29/2008 | X | X | Armed Robbery/Purstui | TPD | Brighton Rd. | 08-014038 | | (786) 426- | Exigent/Consent | |
| 5/7/2008 | X | X | Homicide | TPD/FDLE | Various | 08-015078 | | (727) 403- | Exigent/Consent | |
| 5/7/2008 | X | X | | TPD/FDLE | | 08-015078 | | (850) 241- | Exigent/Consent | |
| 5/7/2008 | X | | | TPD/FDLE | | 08-015078 | 08-CF- 1081; 08-CF-1682 | (720) 934- | Court Order | X |
| 5/21/2008 | X | | Wanted Person | Marshall's | North Monroe St. | WCSO# 04ARR003071 | | (850) 509- | Court Order | X |
| 5/28/2008 | X | X | 911 Hangup | Wakulla SO | Wakulla Station | | | (904) 235- | Exigent/Consent | |
| 5/29/2008 | X | X | Wanted Person | TPD/TFD | Lakeshore Dr. | 08-016481 | 08-CF-1920 | (850) 443- | Court Order | X |
| 6/12/2008 | X | X | 911 Hangup | TPD | Pecan Rd. | | | (850) 251- | Exigent/Consent | |
| 7/20/2008 | X | X | ATM Burglary | FDLE | Thomasville Rd. | FDLE | | (561) 449- | Exigent/Consent | |
| 7/22/2008 | X | X | Missing Juvenile | LCSO | Mahan Drive | LCSO # 08-167562 | | (850) 510- | Exigent/Consent | |
| 7/23/2008 | X | X | Abducted Person | LCSO | Great Value Inn - N. Monroe St. | | | (850) 510- | Exigent/Consent | |
| 8/12/2008 | X | X | Homicide | TPD | South City | 08-026075 | 08-CF-2902 | (850) 274- | Court Order | X |
| | X | | Robbery/Kidnapping | | | | 08-CF-3895; 08-CF-3890 | (850) 727- | Court Order | X |
| 8/13/2008 | | | | | | 08-025267 | 08-CF-3102 OPEN | (850) 728- | Court Order | X |
| | | | | | | | 09-CF-129 OPEN | (954) 243- | Court Order | X |
| | | | | | | | 09-CF-128 OPEN | (850) 264- | Court Order | X |
| 8/27/2008 | X | | Robbery/Kidnapping | | | 08-025267 | 08-CF-3102 OPEN | (954) 558- | Court Order | X |
| 9/4/2008 | X | | Bank Robbery | LCSO | Pryor Rd. / Old Bainbridge | LCSO #08-205743 | 08-CF-3191 | (850) 727- | Court Order | X |
| 9/13/2008 | X | X | Sexual Battery | TPD | Pensacola/White | 08-029877 | | (941) 400- | Exigent/Consent | |
| 9/16/2008 | X | | Homicide | TPD | Floral St. | 08-029997 | 09-CF-52 | (850) 294- | Court Order | X |
| 9/23/2008 | X | X | Commercial Robbery w/Firearm | TPD | 1701 W. Tennessee St. | 08-031048 | | (850) 294- | Exigent/Consent | |
| 10/1/2008 | X | | Serial Bank Robbery | TPD | 2402 Quazar Circle | 09-004241 | 09-CR-30-RH USDC | (850) 459- | Court Order | X |
| 10/28/2008 | X | X | Commerical Robbery | TPD | N. Monroe St. | 08-035137 | | (850) 241- | Exigent/Consent | |
| 11/6/2008 | X | | Burglary, Sex Battery, Kidnapping | Coral Springs PD | Paul Russell/S. Monroe | | | (954) 461- | Exigent/Consent | |
| 11/14/2008 | X | X | Home Invasion Robbery | TPD | 2616 Mission Rd. #12 | 08-037256 | | (850) 459- | Exigent/Consent | |
| 11/20/2008 | X | X | Home Invasion Robbery | TPD | 2125 Jackson Bluff Rd. | 08-038009 | | (813) 508- | Exigent/Consent | |
| 12/4/2008 | X | | Robbery | TPD | 2424 W. Tharpe St. | 08-038361 08-0039527 | 08-CF-4169 | (850) 212- | Court Order | X |

| Status | | Category | Type | | Location | Case Number | Notes | Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1st degree Reckless Injury- Victim stabbed 26 X's. Suspect Jolanski, REDACTED | |
| Completed - Located by CS Team | REDACTED | 1 degree Reckless Injury | Suspect | REDACTED | CIB - South | 11-052-0018 | | 2/22/2011 22:35 |
| Completed - Located by CS Team | REDACTED | Abduction | Suspect | REDACTED | Outside Jurisdiction | | Exigency request from MCSO. | 6/8/2015 18:49 |
| Completed - Located by CS Team | REDACTED | Abduction | Victim | REDACTED | District 5 | 14-141-0198 | **********EXIGENT REQUEST*********** Victim being held against her will | 5/22/2014 17:07 |
| Completed - Located by CS Team | REDACTED | Abduction of Child | Suspect | REDACTED | District 6 | 13-092-0033 | Vehicle stolen from 9ti Oklahoma with 1 year child inside car... | 4/2/2013 8:43 |
| Completed - Located by CS Team | REDACTED | Aggravated Battery | Suspect | REDACTED | NTF | 10-297-0036 | Suspect gets into truck with victims at a gas station. Suspect forces victims to drive to ATM at gunpoint to withdraw cash. | 12/9/2010 16:11 |
| | | | | | | | Phone taken from REDACTED | |
| Completed - Located by CS Team | REDACTED | Arm Robb/Kidnapping | Victim | REDACTED | CIB - Central | 142440039 | | 9/12/2014 16:07 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Victim | REDACTED | HIDTA | | REDACTED | 7/17/2013 21:28 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | NTF | 131380163 | REDACTED | 5/2/2013 19:30 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Victim | REDACTED | CIB | 13-038-0115 | Pizza Hut Robbery | 2/6/2013 8:37 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Victim | REDACTED | District 6 | 122250027 | Victim robbed by w/m or b/m as she pulled into Speedway Gas Station, 84th/Howard to get gas at 550am. | 11/20/2012 8:31 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | District 5 | 122570171 | Tavern Robbery - approved | 10/24/2012 0:25 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | District 5 | 121590186 | Victim was asked if she wanted to have sex during robbery. Victim refused and suspect continued robbery. Family called phone, and suspect answered and told them not to call. | 6/7/2012 22:12 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | District 3 | 12-147-0070 | REDACTED | 6/7/2012 16:03 |
| | | | | | | | CraigsList Suspect | |
| | | | | | | | B/M, Mid 20's, 6'0", Heavy build, light complexion with freckles on his face. Wearing a black knit polo hat, black jacket, pants and boots. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | District 7 | 12-019-0102 | Victim's auto that suspect took. 1995 Buick Century 4 door blue, 4 plates of 676-TAR, Vin # 1GAAG55M45633275 | 1/20/2012 19:00 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | District 1 | 11-289-0126 | Craigslist robbery suspect. Used phone to set up 1 robbery, and 4 possible around. | 10/19/2011 16:37 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Victim | REDACTED | CIB - North | 11-193-0091 | Victim stated that REDACTED met here fled to Chicago, but is back and has been seen in milwaukee. Currently a 1 Warrant for REDACTED | 10/18/2011 14:31 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Victim | REDACTED | District 7 | 11-223-1066 | AT&T - AT&T message. The caller is currently not accepting calls. Phone appears to have been shut off by AT&T. CS - Declined. See Notes Approved 8/11/11 | 8/15/2011 21:44 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | District 2 | 11-180-0014 | 5 Subjects rob victims outside summerfest! Phone located inside 5303 N 50th St. Subject in Custody | 6/30/2011 22:40 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | CIB - North | 11-144-0181 | Located 5074 N 50th St - 2 in custody by NTF | 4/25/2011 12:38 |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | CIB - North | 11-144-0181 | Located at 5074 N 50th St 2 Incustody | 4/25/2011 11:58 |
| | | | | | | | 1 Warrant 145796 REDACTED | |
| | | | | | | | Carpenter anticipates having it signed and back to IFC by 12F on 2-15-2011 | |
| Completed - Located by CS Team | REDACTED | Armed Robbery | Suspect | REDACTED | CIB - North | 11-025-0012 | Craigslist Robbery Suspect phone. Victim called phone 3 times prior to robbery. REDACTED called once post robbery posing as buyer the phone victim was attempting to buy. Suspect still answering phone. REDACTED advised to return order | 2/15/2011 11:50 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Carjacking | Suspect | REDACTED | CIB - North | 10-350-0135 | Craigslist Robbery/Carjacking. Investigating agency is GreenfieldPD. Point of contact is REDACTED, phone REDACTED | 12/16/2010 23:41 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Carjacking | Suspect | REDACTED | Outside Jurisdiction | 141650164 | Suspect - REDACTED. Wanted for carjacking. Investigating agency is GreenfieldPD. | 7/24/2015 16:11 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Carjacking | Victim | REDACTED | CIB - Central | 141650164 | SEE NOTES. | 6/15/2014 10:16 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Carjacking | Victim | REDACTED | CIB - Central | 141650164 | Received a call from REDACTED on 06/14/14 at 10pm, reguarding carjacking of REDACTED, 2 phones taken. I forwarded the tracking order to REDACTED, REDACTED, and REDACTED. Order for 2 phones written by REDACTED and give | 6/15/2014 10:16 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Carjacking | Suspect | REDACTED | District 4 | 133460066 | REDACTED | 12/13/2013 21:08 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Carjacking | Suspect | REDACTED | District 3 | 13-162-0131 | Black 2006 Nissan Sentra 291-RHFD/Germanna Druid US Cell | 6/11/2022 19:41 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Carjacking | Suspect | REDACTED | District 3 | 115970059 | Related to 15-197-0071, carjackings | 7/20/2015 18:17 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 151270061 | Suspect - REDACTED. Wanted for North Shore Bank robbery at 91/Capitol, North Shore Bank robbery (City of West Allis) Walmart robbery (Village of Pewaukee). Auto - Grey Chevrolet Lumina (WI. Plate 683-XHE) | 5/19/2015 16:05 |
| | | | | | | | REDACTED Med. Build Med- Dark Comp., low hair cut | |
| | | | | | | | Suspect is the fence for pharmacy robbers to sell the hot cell phones | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 14-332-0059 | REDACTED drives a 2006 Nissan Murano Maroon/Burgundy Brewers Plate # 401RAC | 2/16/2015 9:24 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Central | 150103115 | Suspect - REDACTED. Wanted for multiple armed robberies. | 2/12/2015 15:46 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 6 | 15-428-0142 | Suspect is Mult. Craigslist robberies | 2/6/2015 16:19 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | NTF | 143420046 | Suspect - REDACTED. Wanted for Armed Robbery of Walgreen's at 67/Hampton. Also a suspect in additional pharmacy robberies at Brady/Farwell, and Wauwatosa. REDACTED handling. | 1/21/2015 11:02 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 143100067 | Suspect - REDACTED(1513). PIN: 289940. | 11/25/2014 11:59 |
| | | | | | | | Add'l suspect: REDACTED PIN: 366319. | |
| | | | | | | | Suspects follow suspect AJ Upent Parr, 3333 W Capitol Drive. Suspect REDACTED also believed to have been involved in three other armed robberies of pharmacies that is a case management at CIB-Metro & Shorewood PD. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 14-316-0007 | REDACTED also has a suspect card for Homicide M5232. | 11/11/2014 16:54 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 2 | 14-286-0087 | Craigslist Robbery suspect | 10/14/2014 15:38 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 142340018 | Related to CS Request for REDACTED | 8/26/2014 13:16 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | NTF | 14CR99 | Suspect - REDACTED. Federal warrant with FBI. Warrant # 14CR99, related to numerous armed robberies of cellular phone stores. Case Agent REDACTED. | 7/2/2014 10:45 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - North | 14-089-0155 | REDACTED phone | 6/3/2014 18:46 |
| | | | | | | | On going Robbery Case Management . Fmi Register OK'd per REDACTED | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 14-089-0155 | Not a Locate and Arrest | 5/19/2014 18:24 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 14-027-0133 | Victim - REDACTED | 2/22/2014 23:46 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 140270133 | Armed Robbery (High Profile Case) approved and pending provisioning | 2/3/2014 23:44 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 2 | 140270133 | REDACTED | 1/26/2014 2:51 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 13-346-0033 | Bank Robbery, Armed Robbery ( Shorewood ) | 12/26/2013 11:41 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB | 13-282-0006 | REDACTED | 10/11/2013 15:41 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB | 13-269-0020 | | 9/26/2013 18:13 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | IFC | Multiple Jurisdictions | Suspect - Wanted for multiple bank robberies in Sheboygan, Glendale and Wauwatosa. | 6/18/2013 18:59 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB | 13 130 3005 | District Three, Officers REDACTED and REDACTED are assisting in the investigation and have additional information regarding numbers currently being dialed from this victim phone. | 5/11/2013 15:11 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - Metro | 13-130-0105 | Suspect car for sale on Craigs List. Victim met suspect and suspect displayed handgun and took Xbox from victim. Suspect sent a text message from the target phone to the victim after he obtained the Xbox. | 4/23/2013 20:00 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB | 130-160107 | Phone off - rings constant with account issue. Spot checked throughout day. | 1/17/2013 11:08 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB | 130-160107 | A/R victim phone. Phone doesn't ring, goes directly to voicemail. Phone off but will be spot checked. | 1/17/2013 11:05 |
| | | | | | | | Suspect: REDACTED PIN: 295498 | |
| | | | | | | | Also suspect in 12-366-0093 & 12-357-0097 | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 2 | 12-366-0088 | Two co-actors in custody are confessing and gave up REDACTED and his phone number. | 1/3/2013 17:37 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 3 | 12-352-0017 | Related To homicide | 12/17/2012 8:34 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 2 | 122780050 | Armed Robbery/Victim phone. Related to Case Management DFM in D2. | 10/4/2012 13:22 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | District 5 | 12-240-0045 | Armed Robbery D2 Victim phone Robbery occ. at 9:15AM inc... | 8/27/2012 14:01 |
| | | | | | | | Suspect phone for Tow truck Robbery. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 2 | 12-164-0010 | Target contacted at 5256 N 36th St. The phone appeared to be in the possession of a taller b/m subject wearing a grey shirt. He is believed to have ducked into the house before we could confirm the location. Target turned off. | 6/12/2012 17:49 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | Outside Jurisdiction | Unknown | Glendale PD REDACTED | 5/24/2012 10:14 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 5 | 12-074-0177 | Suspect phone used to call for bris. Driver robbed by three suspects. D4s car video from last will be available soon. | 3/22/2012 10:12 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Metro | 120330143 | REDACTED states that Districts 4 & 7 have received reports of at least 8 robberies occuring at bus stops. | 3/13/2012 16:07 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | District 7 | 12-012-0104 | forest Gobley phone has locate 6tone says. D7 coming to Fusion to write up | 1/20/2012 16:43 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 2 | 11-339-0002 | Home Inv. | 12/5/2011 12:53 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - Metro | 112950153 | | 10/23/2011 21:36 |
| | | | | | | | Victim is pizza delivery driver. Phone is on at first text ring. Also going up on Cricket Suspect phone REDACTED | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - South | 112390159 | Phone located at 2561 S 13th St. NTF was unable to get the subjects to come to door. They threw phone from upper window. NTF entered to prevent destruction of evidence. REDACTED responded - who took original robbery and wrote CS orders; | 8/28/2011 1:34 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | NTF | 112300001 | Suspect attempted to sell phone back to victim. Phone located at 4451 N 45th St. Holder had received the phone from REDACTED On probation for robbery. | 8/19/2011 12:31 |

Suspect: REDACTED

| Status | | Crime | Role | | CIB | Case # | Narrative | Date |
|---|---|---|---|---|---|---|---|---|
| Completed - Located by CS Team | REDACTED | | | | | | Approved by Judge SANKOVITZ. | 8/5/2011 16:51 |
| | | | | | | | Ok'd per REDACTED | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - Violent Crimes | 11-216-0106 | Suspect "REDACTED" | 7/7/2011 13:42 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | District 7 | 111880095 | Suspect REDACTED confessed to 2 robberies as of 07/18/2011. CIB still questioning him regarding others. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - North | 11-178-0026 | Update Charged 17 Armed Robberies in Milwaukee. Two In Tosa | 6/28/2011 17:38 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - North | 11-178-0026 | Located the phone in the 3400 block of W Ruby ave. | 6/27/2011 12:31 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | District 3 | 11-126136 | Armed Robbery Victim - Home Invasion 4 subjects 1 blk, 3 b/m suspects. | 6/1/2011 23:28 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 3 | 11-143-0196 | Phone lists on Locate Plus and CLEAR to REDACTED on a Cricket phone. Phone elocated at 2830 W Wisconsin - however handset could not be located inside apartment building. Supp done regarding person's inside re REDACTED and is filed at... Updated: P.O. REDACTED wants up court in correct company. Phone elocated at 2830 W Wisconsin - however handset likely inside the victims auto which was located behind 2915 N 29th St (A vacant board up). District 5 was notified and elected to conduct surveillance on the target auto with the hope of getting a suspect inside the car. There is a small chance the phone could have been located inside the vacant house, but we were unable to as we could not position between the car and house. | 5/25/2011 12:44 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - Central | 11-115-0205 | Was not notified, signed order showed up in IFC. ORDER was dialed in wrong companies name. | 4/26/2011 10:21 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 5 | 11-107-0116 | Craigslist Robbery Suspect... also related to MPD #11-107-0140 | 4/18/2011 10:06 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - North | 11-107-0146 NEW REDACTED | RELATED RO 13091-1466 NEW REDACTED | 4/1/2011 23:37 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | District 7 | 11-093-0153 | Craigslist Robbery Victim was robbered of $5500.00 Victim was attempting to purchase 2002 Ford Explorer Temp Tag G3328C. | 4/1/2011 1:18 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | District 4 | 11-083-0022 | West Allis PD - Sgt. REDACTED / P.O. REDACTED (REDACTED -11P-7A) Armed Robbery victim phone taken by 3 b/m subjects matching previous Milwaukee Descriptions. | 3/25/2011 3:31 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 7 | 11-042-0111 | case management regarding three robberies | 2/22/2011 22:34 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - North | 11-042-0111 | Juvenile female victim. Two B/M suspects confront, pull pistol and strike victim repeatedly. Obtained phone and charger for phone. | 2/1/2011 10:44 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | NTF | 11-027-0156 | target located at 9909 W Villard. SC | 1/31/2011 9:31 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | District 1 | 11-025-0136 | East Side Robbery - 2 actors Order being obtained by P.O. REDACTED. Will be signed off on in morning by judge and delivered before 10:30AM. Phone was on and NOT cancelled as of 10:00PM on 1-26-2011. | 1/26/2011 22:01 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - North | 11-020-0135 | Case management for robberies near 27 / Canfield Dr. Phone was text out twice post robbery and rang through. On third text cell phone alive. "The subscriber is not accepting calls at this time" suspected interference by victim with phone contract. | 1/22/2011 3:53 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | CIB - North | 11-017-0011 | Phone taken with full charge, no push to REDACTED. US Cell states phone has had recent activity since 1000 today. | 1/17/2011 10:18 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Violent Crimes | 10-341-0108 | Suspect phone, possible co-conspirator to REDACTED | 12/14/2010 12:11 |
| | | | | | | | UPDATE: Target phone located (briefly). We captured the phone for approximately 2 minutes, before the phone turned off and back on. We terminated the capture to avoid hosing it up. The suspect continued to use the phone. The DF indicated either the 2nd or 3rd building W of the old Pasquale's lot (See Google Map) on Teutonia Ave. (approx 6921). | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Suspect | REDACTED | CIB - Central | 10-343-0108 | Conspiracy to commit Bank Robbery | 12/13/2010 15:31 |
| | | | | | | | Phone located 4326 N 50th St. 2 suspects in custody. Sgt. REDACTED called from the scene within 15 minutes of robbery occurring, and provided info. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Case Management | Victim | REDACTED | District 5 | 10-332-0155 | | 11/28/2010 20:06 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Suspect | REDACTED | CIB - North | 10-321-0175 | Suspect located at 4353 N 42nd Pl. | 11/18/2010 19:46 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Suspect | REDACTED | CIB - North | 10-321-0166 | Suspects located at 4153 W 42nd Pl | 11/17/2010 22:39 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Victim | REDACTED | District 1 | 130870019 | Armed Home Invasion - elderly couple apparently not related to drug stuff. | 3/28/2013 8:32 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Victim | REDACTED | District 4 | 123390143 | Armed Home Invasion - Approved | 12/2/2012 22:37 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Suspect | REDACTED | Outside Jurisdiction | Dodge County | | 9/3/2012 13:29 |
| | | | | | | | Det. REDACTED Point of Contact REDACTED | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Victim | REDACTED | CIB - North | 12-064-0059 | Home Invasion, all victims including 2 year olds child were bound with duct tsped by the actors | 3/5/2012 9:35 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Suspect | REDACTED | District 4 | 11-267-0116 | Suspect Phone -- D4 Requested the victim phone, but the suspect was known. The victim phone was declined because the suspect was known. | 9/24/2011 19:00 |
| | | | | | | | REDACTED was victim of Robbery. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Home Invasion | Victim | REDACTED | CIB - North | 11180075 | Phone was tracked. Checked east end of Hillside. Phone turned off. | 6/29/2011 16:39 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | CIB - North | M5380 | REDACTED. Wanted for Felon in Poss. of a Firearm. Warrant # J47803, related to Homicide at 1218 W. Cherry St. | 8/6/2013 19:12 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | CIB - IFC | 151920029 | Suspect - REDACTED | 7/30/2013 10:29 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | CIB - IFC | 151950156 | Suspect - REDACTED Wanted for Armed Robbery, armed with a semi-automatic pistol w/a PINK frame. | 7/22/2013 10:37 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | NTF | | Suspect - REDACTED. Wanted for Armed Robbery/Shooting, Warrant # 15M1221(FBI warrant/MPD case). Known to drive a 4-door silver Lexus. | 5/5/2013 11:12 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | CIB - Central | 15-089-0085 | Armed Robbery | 4/22/2013 7:39 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | District 4 | 15-076-0099 | Criminal Robbery - Suspect phone | 3/24/2013 8:18 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | CIB - South | 14332011 4 | Suspect - REDACTED. Wanted for Armed Robbery/Shooting, and Felony VOP. Also suspect in Armed Robbery at 4112 N. 36th St., IR # 14-351-0041. | 12/17/2014 15:20 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | Outside Jurisdiction | 14-316-0067 | Suspect - REDACTED | 11/29/2014 15:01 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | District 2 | 14291010 | Suspect - REDACTED. Also a suspect in Robbery IR # 14-167-0007. | 11/12/2014 19:25 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | Outside Jurisdiction | Asst DOJ | Asst Kewaunee Sheriff Office with Robbery | 11/3/2014 17:46 |
| | | | | | | | REDACTED | |
| | | | | | | | NOT A LOCATE AND ARREST | |
| | | | | | | | ONGOING INVESTIGATION | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | CIB - Metro | M3249/M5260 | Suspect - REDACTED | 10/9/2014 15:33 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | NTF | 13-191-0014 | REDACTED | 3/26/2014 19:32 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | Sensitive Crimes | 140710060 | Suspect - REDACTED. Wanted for Phys. Abuse of a Child, and Felony VOP (Armed Robbery conviction). Known addresses REDACTED. | 3/17/2014 11:04 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | District 3 | | Known to Carry Firearm and Vent... Subject is target of ongoing investigation in D3/FBI Task Force | 11/22/2013 15:49 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | Outside Jurisdiction | West Milwaukee PD | REDACTED - RES GIF of REDACTED | 11/1/2013 17:49 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | Outside Jurisdiction | West Milwaukee PD | REDACTED - RES | 11/1/2013 17:48 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | District 2 | 132160039 | Poss addresses of REDACTED | 8/24/2013 16:11 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | District 7 | 13350170 | Suspect REDACTED. Approved | 11/30/2011 23:21 |
| | | | | | | | Update - REDACTED arrested. REDACTED claims to have found the phone near where the robbery occurred, and admits to bringing it to his house. REDACTED states the children in the house broke the phone and hid it, and that he did not. REDACTED claims to have been at school the night before until 8:30PM, then went to a gas station at 91st and Brown Deer Rd, purchasing a cigar before going home shortly after 9PM. Det. REDACTED is conducting followup regarding the children breaking the phone. | |
| | | | | | | | Subject being admin released. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | District 7 | 11-319-0001 | Shot fired (Pellet Gun)- striking victim. | 11/15/2011 0:18 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | District 4 | 112320152 | Victim was unloading cases of beer from veh., suspects attempt to take vehicle for shorts | 8/20/2011 21:37 |
| | | | | | | | REDACTED | |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Suspect | REDACTED | District 4 | | REDACTED is armed with two hand guns and has a warrant for escape | 4/6/2011 19:09 |
| Completed - Located by CS Team | REDACTED | Armed Robbery - Shots Fired | Victim | REDACTED | CIB - North | 11-079-0111 | Incident occurred at 7:50P -- 1st Phone call was at 11:50P. Text time shows phone on. 2nd ring shows phone possibly off. CIB will be writing up and signing off. I emphasized delivery before 9:30a to assure a chance of getting them up. | 3/20/2011 21:55 |
| | | | | | | | UPDATE: Phone off - Pings set to be sent every 15 mins | |
| | | | | | | | UPDATE: Det. REDACTED called, asking the status of the Tow Truck Driver phones. He informed me that we were still waiting on them. | |
| Completed - Located by CS Team | REDACTED | Armed Robbery Tow Truck | Suspect | REDACTED | District 4 | 11-282-0101 | Tow Truck Robbery. Suspect called Tow truck from target number then Robbed him. One of three tow truck robberies in D4 in the last two weeks | 10/9/2011 17:20 |
| Completed - Located by CS Team | REDACTED | Bail Jumping | Suspect | REDACTED | CIB - North | | Suspect - REDACTED. Investigation for violation of terms of bail (see few) for the ADA. | 6/8/2015 8:47 |
| Completed - Located by CS Team | REDACTED | Bank Robbery | Suspect | REDACTED | District 1 | 11-021-0106 | REDACTED Gun Man in Bank Robbery | 1/28/2012 12:18 |
| Completed - Located by CS Team | REDACTED | Bank Robbery | Suspect | REDACTED | Outside Jurisdiction | Pittsunn Pewix PD | REDACTED | 10/5/2014 14:18 |
| Completed - Located by CS Team | REDACTED | Bank Robbery | Suspect | REDACTED | CIB - Metro | 140280029 | Suspect - REDACTED | 1/28/2014 20:43 |
| Completed - Located by CS Team | REDACTED | Bank Robbery | Suspect | REDACTED | NTF | 131270108 | Suspect - REDACTED. PIN: 289398 | 5/13/2013 11:33 |
| Completed - Located by CS Team | REDACTED | Bank Robbery | Suspect | REDACTED | Outside Jurisdiction | Greenfield PD | Suspect: REDACTED | 3/29/2013 17:46 |
| Completed - Located by CS Team | REDACTED | Bank Robbery | Suspect | REDACTED | Outside Jurisdiction | Glendale PD | REDACTED , PIN: 406913 REDACTED , PIN: 378363 REDACTED ID through fingerprint at crime scene. | 3/27/2012 15:24 |
| Completed - Located by CS Team | REDACTED | Bank Robbery | Suspect | REDACTED | CIB - North | 11-216-0106 | REDACTED gun man in Bank Robbery | 8/10/2011 12:17 |
| Completed - Located by CS Team | REDACTED | Bomb Threat | Suspect | REDACTED | Outside Jurisdiction | MSO Fugitive Unit | REDACTED . Served with court order not to contact Freedert. Suspect then called Freedert and threaten to shoot up and blow up the hospital. Freedert went into lock down... MSCO request exigent help from MPD | 8/30/2013 13:26 |
| Completed - Located by CS Team | REDACTED | Bomb Threat | Suspect | REDACTED | Outside Jurisdiction | Whitefish Bay PD | Person in possession of this phone has called in two bomb threats in the Northshore | 8/15/2012 15:07 |
| Completed - Located by CS Team | REDACTED | Burglary | Victim | REDACTED | District 4 | 120900067 | Residential Burglary--occd while deaf, elderly victim was home. Suspect(s) took victim's car and Sprint Blackberry phone. | 10/17/2013 15:43 |

| CC_NUM | TYPE | INCIDENT_DATE | STATUS |
|--------|------|---------------|--------|
| 149L11824 | OTHER | 31-DEC-14 | SUBSCRIBER AND TOLLS TO CASE AGENT 3/25/15 |
| 149L11824 | HOMICIDE | 31-DEC-14 | VERIZON LANDLINE DET. JACKSON WAS ADVISED |
| 149L11824 | OTHER | 31-DEC-14 | CRICKET DID NOT ACCEPT ORDER FOR TOLLS. AGENT NOTIFIED ON 1/26/15 |
| 146L11762 | ARMED ROBBERY | 30-DEC-14 | CLOSED VICTIM PHONE |
| 146L11762 | ARMED ROBBERY | 30-DEC-14 | CAPTURED 454 S. BENTALOU STREET |
| 142L11677 | UNARMED ROBBERY | 30-DEC-14 | OK TO CLOSE |
| 144L11585 | MISSING PERSON | 30-DEC-14 | DETECTIVE HILDEBRANDT ADVISED SHE WAS LOACTED, |
| 142L11554 | ARMED ROBBERY | 30-DEC-14 | CLOSED-COURT ORDER NOT READY |
| 144L09040 | BURGLARY | 30-DEC-14 | CAPTURED 5707 NEWHOLME AVE |
| 147L11346 | ARMED ROBBERY | 29-DEC-14 | WAITING FOR ORDER |
| 147L11346 | ARMED ROBBERY | 29-DEC-14 | WAITING ON ORDER |
| 147L11346 | ARMED ROBBERY | 29-DEC-14 | CLOSED VICTIM PHONE |
| 141L11335 | ARMED ROBBERY | 29-DEC-14 | CLOSED-COURT ORDER NOT READY |
| 141L11335 | ARMED ROBBERY | 29-DEC-14 | CLOSED |
| 146L11304 | ARMED ROBBERY | 29-DEC-14 | CLOSED VICTIM PHONE |
| 145L11302 | ABDUCTION | 29-DEC-14 | CLOSED VICTIM PHONE |
| 142L11486 | BURGLARY | 29-DEC-14 | NONE OF THE PHONES ARE ACTIVE |
| 144L11239 | RAPE | 29-DEC-14 | NO PHONE NUMBER / NO FOLLOW UP |
| 141L11167 | UNARMED ROBBERY | 29-DEC-14 | CLOSED |
| 144L11069 | OTHER | 29-DEC-14 | CAPTURED 901 N. MILTON ST - NOTIFICATION LETTER NEEDED |
| 143L10906 | ARMED ROBBERY | 28-DEC-14 | CLOSED |
| 141L10646 | UNARMED ROBBERY | 28-DEC-14 | OK TO CLOSE |
| 141L10646 | UNARMED ROBBERY | 28-DEC-14 | CLOSED-COURT ORDER NOT READY |
| 142L10616 | ARMED ROBBERY | 28-DEC-14 | CLOSED VICTIM PHONE |
| 142L10523 | ARMED ROBBERY | 27-DEC-14 | CLOSED NO ORDER |
| 146L10286 | ARMED ROBBERY | 27-DEC-14 | NO ORDER CLOSED |
| 148L10275 | ARMED ROBBERY | 26-DEC-14 | WAITING FOR ORDER TO BE FIXED |
| 146L10219 | CARJACKING | 26-DEC-14 | WAITING FOR ORDER TO BE FIXED |
| 142L09924 | ARMED ROBBERY | 25-DEC-14 | NO REPORT / ONLY ONE CONSENT |
| 142L09924 | ARMED ROBBERY | 25-DEC-14 | NO REPORT / ONE CONSENT |
| 143L09923 | ARMED ROBBERY | 25-DEC-14 | NO CONSENT FORM PROVIDED |
| 144L09866 | UNARMED ROBBERY | 25-DEC-14 | CLOSED VICTIM PHONE |
| 144L09622 | CARJACKING | 24-DEC-14 | NOT DOING VICTIM PHONE |
| 141L09620 | ARMED ROBBERY | 24-DEC-14 | CLOSED |
| 147L09367 | ARMED ROBBERY | 24-DEC-14 | WRONG NUMBER |
| 142L09795 | ARMED ROBBERY | 23-DEC-14 | CLOSED ORDER NOT READY |
| 144L09173 | ARMED ROBBERY | 23-DEC-14 | ORDER NOT READY |
| 142L09153 | ARMED ROBBERY | 23-DEC-14 | ORDER NOT READY 12/24/14/NO PAPER FOLDER |
| 144L08914 | ARMED ROBBERY | 23-DEC-14 | WAITING FOR NEW ORDER |
| 142L07652 | ARMED ROBBERY | 22-DEC-14 | NEW HANDSET CLOSED |
| 143L09161 | CARJACKING | 22-DEC-14 | ORDER NOT READY 12/24/14 |
| 143L09161 | ARMED ROBBERY | 22-DEC-14 | WAITING ON NEW ORDER/ CLOSED |
| 144L08492 | CARJACKING | 22-DEC-14 | OFF SINCE INCIDENT |
| 146L08459 | ARMED ROBBERY | 21-DEC-14 | NO CONSENT FORM OR ORDER |
| 145L07599 | ARMED ROBBERY | 19-DEC-14 | EXPIRED |
| 146L07556 | UNARMED ROBBERY | 19-DEC-14 | CAPTURED 2334 GARRETT AVE |
| 146L07556 | UNARMED ROBBERY | 19-DEC-14 | NEW HANDSET |
| 141L07502 | UNARMED ROBBERY | 19-DEC-14 | NO COSENT OR CORRECT NUMBER |
| 141L07502 | UNARMER ROBBERY | 19-DEC-14 | NO LONGER IN SERVICE |
| 144L07474 | LARCENY FROM AUTO | 18-DEC-14 | LOCATED BY PATROL |
| 148L07221 | ARMED ROBBERY | 18-DEC-14 | NO ACTIVITY SINCE INCIDENT |
| 147L06893 | OTHER | 17-DEC-14 | OFF SINCE 12/18/14 |
| 147L06882 | ARMED ROBBERY | 17-DEC-14 | OFF SINCE INCIDENT CLOSED |
| 142L06832 | UNARMED ROBBERY | 17-DEC-14 | OFF SINCE INCIDENT CLOSED |

| | | | |
|---|---|---|---|
| 149L06486 | OTHER | 16-DEC-14 | OFF SINCE 12/17/14 |
| 149D06489 | ARMED ROBBERY | 16-DEC-14 | NO CONCENT |
| 141L06424 | ARMED ROBBERY | 16-DEC-14 | VICTIM GOT NEW HS |
| 146L06340 | HOMICIDE | 16-DEC-14 | SUBSCRIBER AND TOLLS SENT TO CASE AGENT 12/30/14/CLOSED |
| 146L06390 | ARMED ROBBERY | 16-DEC-14 | OFF |
| 148L06356 | UNARMED ROBBERY | 16-DEC-14 | POSSIBLE ADDRESS 154,156 IRVING // WITMER NOTIFIED |
| 146L06066 | LARCENY FROM AUTO | 15-DEC-14 | LARCENY FROM AUTO-NO PAPER FOLDER |
| 142L06043 | ARMED ROBBERY | 15-DEC-14 | CWR LOCATED PHONE, |
| 146L05950 | ARMED ROBBERY | 15-DEC-14 | NH ON 12/21/14 |
| 142L05923 | UNARMED ROBBERY | 15-DEC-14 | NO PHONE NUMBER |
| 142L05923 | UNARMED ROBBERY | 15-DEC-14 | DET. SENT DOWN 5 DAYS AFTER INCIDENT/SPOKE TO VICTIM NEW HANDSET |
| 144L05711 | ARMED ROBBERY | 15-DEC-14 | WRONG NUMBER |
| 144L05711 | ARMED ROBBERY | 15-DEC-14 | SUSPENDED ON 12/15/14 |
| 144L05809 | ARMED ROBBERY | 15-DEC-14 | NEW HANDSET 12/15/14 |
| 145L05611 | ARMED ROBBERY | 14-DEC-14 | PHONE NO LONGER IN SERVICE /  TOOK DOWN |
| 145L05611 | ARMED ROBBERY | 14-DEC-14 | NO CONSENT FORM SENT/NOT IN LOTUS |
| 147L05553 | SHOOTING | 14-DEC-14 | ==CAPTURED 3905 W. GARRISON BLVD== |
| 142K10149 | ARMED ROBBERY | 14-DEC-14 | NO CONSENT FORM/NOT IN LOTUS |
| 149L05518 | HOME INVASION | 14-DEC-14 | ==CAPTURED 208 BRUCE STREET== |
| 146L05474 | ARSON | 14-DEC-14 | LOCATED TARGET |
| 143L05301 | ARMED ROBBERY | 14-DEC-14 | OFF |
| 143L05301 | ARMED ROBBERY | 14-DEC-14 | NO USE |
| 143L05301 | ARMED ROBBERY | 14-DEC-14 | OFF SINCE INCIDENT CLOSED |
| 143L05301 | ARMED ROBBERY | 14-DEC-14 | NO CONSENT FORM SENT//LANDLINE |
| 145L05260 | UNARMED ROBBERY | 13-DEC-14 | NEW HS |
| 142L05241 | ARMED ROBBERY | 13-DEC-14 | NO CONSENT FORM SENT/NOT IN LOTUS |
| 143L05061 | AGGRAVATED ASSAULT | 13-DEC-14 | ==CAPTURED 1200 W. PRATT ST - NOTIFICATION LETTER NEEDED== |
| 145L04941 | ARMED ROBBERY | 13-DEC-14 | NEW HANDSET |
| 142L04019 | UNARMED ROBBERY | 13-DEC-14 | NO CONSENT FORM/NOT IN LOTUS |
| 146L04714 | ARMED ROBBERY | 12-DEC-14 | NO CONSENT |
| 143L04492 | HOME INVASION | 11-DEC-14 |  NO CONSENT FORM |
| 147L04491 | ARMED ROBBERY | 11-DEC-14 | VICTIM TERMINATED SERVICE ON 12-12-14 |
| 141L04499 | ARMED ROBBERY | 11-DEC-14 | CLOSED - NO SERVICE ON THE PHONE |
| 145L04091 | ARMED ROBBERY | 11-DEC-14 | NEW HANDSET CLOSED |
| 141L04499 | ARMED ROBBERY | 11-DEC-14 | ==CAPTURED 400 BLOCK ROBINSON RD.== |
| 145L04460 | ARMED ROBBERY | 11-DEC-14 | ==CAPTURED 7122 WALNUT AVE-EXPIRED== |
| 146L04443 | ARMED ROBBERY | 11-DEC-14 | SENT TO METRO PCS |
| 142L04430 | ARMED ROBBERY | 11-DEC-14 | NO CONSENT FORM |
| 144L04351 | ARMED ROBBERY | 11-DEC-14 | NO ACTIVITY SINCE 12/12/14 |
| 145L04089 | OTHER | 10-DEC-14 | NOT IMPLEMENTED/ SUSPENDED |
| 146L00464 | ARMED ROBBERY | 10-DEC-14 | COURT ORDER NOT VALID NEVER SENT OUT. |
| 146L00464 | ARMED ROBBERY | 10-DEC-14 | SUBSCRIBER AND TOLLS TO CASE AGENT 12/29/14 |
| 144L04019 | ARMED ROBBERY | 10-DEC-14 | VICTIM REFUSED |
| 141L03969 | ARMED ROBBERY | 10-DEC-14 | NEW HANDSET |
| 147L03760 | UNARMED ROBBERY | 10-DEC-14 | ==CAPTURED 800 N. BENTLOU STREET== |
| 146L03657 | ARMED ROBBERY | 09-DEC-14 | CONFLICTING TARGET NUMBERS ON REPORT AND CONSENT FORM |
| 146L03657 | ARMED ROBBERY | 09-DEC-14 | OFF SINCE INCIDENT |
| 146L03687 | ARMED ROBBERY | 09-DEC-14 | OFF SINCE INCIDENT |
| 148L03401 | HOMICIDE | 09-DEC-14 | TOOK DOWN PER MILLER |
| 146L00324 | UNARMED ROBBERY | 08-DEC-14 | NO ACTIVITY SINCE INCIDENT |
| 144L03211 | ARMED ROBBERY | 08-DEC-14 | EXPIRED - UNKNOWN OUTCOME |
| 146L00324 | ARMED ROBBERY | 08-DEC-14 | NUMBER CHANGED TO xxx-xxx-xxxx |
| 143L03156 | MISSING PERSON | 08-DEC-14 | DET HILDERBRANDT ADVISED OK TO CLOSE/ NEVER SIGNED OR SENT OUT |
| 147L03185 | ARMED ROBBERY | 08-DEC-14 | SUSPENDED ON 12/8/14 |
| 147L03165 | ARMED ROBBERY | 08-DEC-14 | NO ACTIVITY SINCE INCIDENT 12/8/14 |

| | | | |
|---|---|---|---|
| 146L03134 | ARMED ROBBERY | 08-DEC-14 | NEW ESN/HS |
| 146L03134 | ARMED ROBBERY | 08-DEC-14 | OFF SINCE 12/10/14 |
| 147J02805 | HOME INVASION | 07-DEC-14 | DET GROSS ADVISED TO CLOSE, THE VICTIM LOCATED HER HANDSET/ NEVER SENT OUT |
| 148L02739 | HOMICIDE | 07-DEC-14 | RECORDS SENT |
| 146L02605 | ARMED ROBBERY | 07-DEC-14 | NEW HANDSET - NEVER SENT OUT |
| 141L00000 | UNARMED ROBBERY | 06-DEC-14 | 740 E. PRESTON STREET APT 1 |
| 148L02096 | ARMED ROBBERY | 05-DEC-14 | BANDWITH CLOSED, |
| 144L02031 | ARMED ROBBERY | 05-DEC-14 | NO CONSENT FORM CLOSED |
| 144L01594 | UNARMED ROBBERY | 04-DEC-14 | OFF SINCE INCIDENT |
| 145K08768 | OTHER | 04-DEC-14 | CAPTURED 5009 HILLEN RD. |
| 144J03779 | SHOOTING | 04-DEC-14 | TOLLS AND SUBSCRIBER ONLY/TOLLS AND SUBSCRIBER SENT TO CORSO |
| 141L01205 | ARMED ROBBERY | 03-DEC-14 | NEW HANDSET / / TOOK DOWN |
| 141L01148 | UNARMED ROBBERY | 03-DEC-14 | NEW HS |
| 147L01060 | HOME INVASION | 03-DEC-14 | PHONE WAS RECOVERED BY VICTIM/ORDER WAS NOT SENT |
| 148K00813 | HOMICIDE | 03-DEC-14 | TOLLS SENT TO AGENT |
| 145L00957 | BURGLARY | 03-DEC-14 | OFF - NOT IN NOTES |
| 145L00957 | BURGLARY | 03-DEC-14 | NEW HANDSET - NOT IN NOTES |
| 147L00890 | ARMED ROBBERY | 02-DEC-14 | ACCOUNT TERMINATED 12/3/14 - SURVEILLANCE TERMINATED |
| 143L00773 | HOMICIDE | 02-DEC-14 | RECORDS SENT TO CASE AGENT - DISCONNECT NOT NEEDED - RECORDS ONLY |
| 144L00440 | CARJACKING | 01-DEC-14 | OFF SINCE 12/3/14 |
| 141L00436 | ARMED ROBBERY | 01-DEC-14 | NO ACITIVITY |
| 142L00379 | ARMED ROBBERY | 01-DEC-14 | NO ACTIVITY SINCE INCIDENT/ CLOSED |
| 148L03403 | HOMICIDE | 01-DEC-14 | CAPTURED - 2614 FREDERICK AVE APT #2 OK TO TAKE DOWN PER FRANK MILLER |
| 146L00126 | HOMICIDE | 01-DEC-14 | TAKE DOWN PER JEFFERS |
| 146L00126 | HOMICIDE | 01-DEC-14 | JEFFERS CAPTURED SUSPECT USING OUR HITS |
| 146L00126 | HOMICIDE | 01-DEC-14 | CLOSED PER DET. |
| 141L00045 | ARMED ROBBERY | 01-DEC-14 | OFF SINCE 12/10/14 |
| 146L00205 | ARMED ROBBERY | 01-DEC-14 | SUSPENDED 12/12/14 FOR NON PAYMENT |
| 149K12178 | ARMED ROBBERY | 30-NOV-14 | SUSPENDED FOR NON PAY |
| 148K12115 | UNARMED ROBBERY | 30-NOV-14 | NUMBER NOT IN SERVICE/NO ORDER OBTAINED |
| 141K12080 | ARMED ROBBERY | 30-NOV-14 | NEW HS |
| 144K12059 | UNARMED ROBBERY | 30-NOV-14 | CAPTURED 4413 ORCHARD RIDGE BLVD |
| 145K11764 | ARMED ROBBERY | 29-NOV-14 | CLOSED SUSPENDED NEVER INSTALLED |
| 145K11497 | CARJACKING | 29-NOV-14 | NO LONGER IN SERVICE |
| 146K11402 | ARMED ROBBERY | 28-NOV-14 | NEW HANDSET AS PER VICTIM |
| 146K11377 | ARMED ROBBERY | 28-NOV-14 | OFF SINCE INCIDENT |
| 149K11187 | ARMED ROBBERY | 28-NOV-14 | NEW HANDSET |
| 144K11101 | ARMED ROBBERY | 27-NOV-14 | EXPIRED ON 12/31/14 |
| 144K10788 | AGGRAVATED ASSAULT | 27-NOV-14 | ARRESTED BY WATF |
| 148K11033 | ARMED ROBBERY | 27-NOV-14 | PHONE WAS DISCONNECTED/NO ORDER NEEDED |
| 148K11020 | SHOOTING | 27-NOV-14 | SERVICE TERMINATED // NEVER ON |
| 142K10979 | ARMED ROBBERY | 27-NOV-14 | CLOSED |
| 141K10955 | ARMED ROBBERY | 27-NOV-14 | SUSPENDED NEVER INSTALLED |
| 149K10834 | ARMED ROBBERY | 27-NOV-14 | REPORTED LOST/STOLEN |
| 146K10806 | ARMED ROBBERY | 26-NOV-14 | NO CONSENT FORM DET. CARRINGTON WAS NOTIFIED |
| 147K10799 | ARMED ROBBERY | 26-NOV-14 | NEW HANDSET WITH SAME NUMBER/ |
| 147K10799 | ARMED ROBBERY | 26-NOV-14 | NEW HS |
| 144K10780 | ARMED ROBBERY | 26-NOV-14 | NEW HANDSET SAME NUMBER |
| 144K01463 | UNARMED ROBBERY | 26-NOV-14 | NO CONSENT FORM |
| 147K10494 | SHOOTING | 26-NOV-14 | OFF- NEVER ON |
| 148K10450 | ARMED ROBBERY | 25-NOV-14 | REPORTED STOLEN ON 11/25/14 |
| 146K10072 | CARJACKING | 25-NOV-14 | READY |
| 145K10011 | OTHER | 24-NOV-14 | CAPTURED ON 12/15/14/ ORDER EXPIRED |
| 142K09992 | ARMED ROBBERY | 24-NOV-14 | NEW HS |
| 144K09983 | OTHER | 24-NOV-14 | INFO SENT TO AGENT |

# Erie County Sheriff's Office
# Complaint Information



| Complaint# 12-039792 | Date Received: 06/13/2012 15:29:55 | Source: E-911 |
|---|---|---|

| | | |
|---|---|---|
| **Dispatch Code:** | 4519 | **Description:** ASSIST OTHER POLICE - CELLULAR TR/ **Call Type:** POLICE |
| **Final Dispatch Code:** | 4519 | **Description:** ASSIST OTHER POLICE - CELLULAR TRACKING |

| | | |
|---|---|---|
| **Street:** | 0  ROUTE 400 | **Dispatch District:** 3 |
| **Cross Street:** | | **Municipality:** WEST SENECA |
| **Business:** | | **Call Back:** |

| | | |
|---|---|---|
| **Times:** | **Received:** | 06/13/2012 15:30:12 |
| | **Dispatched:** | 06/13/2012 15:30:33 |
| | **Arrived:** | 06/13/2012 15:40:15 |
| | **Completed:** | 06/13/2012 15:48:42 |

| | | |
|---|---|---|
| **Received By:** | GRACZYK, MICHAEL J | **Dispatcher:** SAJDAK, JOSEPH A |

**Report (follow up):**

| **Officers:** | **Name** | **Badge** |
|---|---|---|
| | ELY, JEFFREY S | 87 |

**Action Codes:**

Log Only

**Associated Persons:**

**Remarks:**

| | | | |
|---|---|---|---|
| 06/13/2012 15:29:55 | ECS | 917 | Entry Initiated |
| 06/13/2012 15:30:12 | ECS | 917 | Sent to Dispatch - ACCIDENT - PDO - 0 ROUTE 400 ELM (3) Pri: 3 |
| 06/13/2012 15:30:25 | ALL | 917 | PATROL FLAGGED DOWN FOR ACCIDENT, NB NEAR TRANSIT |
| 06/13/2012 15:30:33 | ECS | 919 | Dispatched (Primary) - T2-66 [ELY,. JEFFREY] |
| 06/13/2012 15:30:33 | ECS | 919 | Enroute - T2-66 [ELY,. JEFFREY] |
| 06/13/2012 15:34:06 | ALL | 919 | IN WSE |
| 06/13/2012 15:34:39 | ECS | 919 | Call Type Changed - ASSIST OTHER POLICE - CELLULAR TRACKING Pri: 3 |
| 06/13/2012 15:34:39 | ECS | 919 | Address Change - 0 ROUTE 400 WSE (3) |
| 06/13/2012 15:40:15 | ECS | 919 | On Scene - T2-66 [ELY,. JEFFREY] |
| 06/13/2012 15:48:38 | ECS | 919 | Disposition Added - Log Only |
| 06/13/2012 15:48:42 | ECS | 919 | Archived |

# Erie County Sheriff's Office
# Complaint Information



| Complaint# 12-032548 | Date Received: 05/16/2012 15:35:35 | Source: E-911 |
|---|---|---|

| Dispatch Code: | 4519 | Description: ASSIST OTHER POLICE - CELLULAR TR/ | Call Type: POLICE |
|---|---|---|---|
| Final Dispatch Code: | 4519 | Description: ASSIST OTHER POLICE - CELLULAR TRACKING | |

| Street: | 45 ELM ST | Dispatch District: | |
|---|---|---|---|
| Cross Street: | | Municipality: BUFFALO | |
| Business: | CPS BUILDING | Call Back: | |

| Times: | Received: | 05/16/2012 15:37:12 |
|---|---|---|
| | Dispatched: | 05/16/2012 15:37:12 |
| | Arrived: | 05/16/2012 15:37:12 |
| | Completed: | 05/16/2012 15:37:12 |

Received By:

Dispatcher: CARNEY, TIMOTHY F

Report (follow up):

| Officers: | Name | Badge |
|---|---|---|
| | GRANVILLE, DANIEL J | D67 |
| | CARNEY, TIMOTHY F | D54 |

Action Codes:

Log Only

Associated Persons:

Remarks:

| 05/16/2012 15:35:57 | ECS | D54 | Disposition Added - Log Only |
|---|---|---|---|
| 05/16/2012 15:36:45 | ALL | D54 | ASSIST US MARSHALLS WITH FUGITIVE SEARCH. |
| 05/16/2012 15:36:54 | ECS | D54 | Officer Added - D54-CARNEY,. TIMOTHY F |
| 05/16/2012 15:36:57 | ECS | D54 | Officer Added - D67-GRANVILLE,. DANIEL J |
| 05/16/2012 15:37:12 | ECS | D54 | Archived |

# Erie County Sheriff's Office
## Complaint Information



| Complaint# 12-078452 | Date Received: 11/15/2012 21:54:37 | Source: E-911 |
|---|---|---|

| Dispatch Code: | 4519 | Description: ASSIST OTHER POLICE - CELLULAR TR | Call Type: POLICE |
|---|---|---|---|
| Final Dispatch Code: | 4519 | Description: ASSIST OTHER POLICE - CELLULAR TRACKING | |

| Street: | 8787  ERIE RD | Dispatch District: | |
|---|---|---|---|
| Cross Street: | | Municipality: EVANS | |
| Business: | EVANS POLICE DEPT | Call Back: | |
| Times: | Received:  11/15/2012 21:54:59 | | |
| | Dispatched: 11/15/2012 22:01:16 | | |
| | Arrived:  11/15/2012 22:01:16 | | |
| | Completed: 11/15/2012 22:01:16 | | |

| Received By: | Dispatcher: MURPHY, SEAN |
|---|---|
| Report (follow up): | |

| Officers: | Name | Badge |
|---|---|---|

**Action Codes:**

Log Only

**Associated Persons:**

**Remarks:**

| 11/15/2012 21:54:37 ECS | 920 | Entry Initiated |
|---|---|---|
| 11/15/2012 21:54:59 ECS | 920 | Sent to Dispatch - ASSIST OTHER POLICE - CELLULAR TRACKING - 8787 ERIE RD EVN () Pri: 3 |
| 11/15/2012 21:55:08 ALL | 920 | EVN ST1-ROVNAKV (21:12:40): ATL Town of Evans, 87 year old female missing for the last several hours. History of Dementia. ▮▮▮▮▮. Possibly driving ▮▮▮▮ EVN ST1-ROVNAKV (21:12:52): ▮▮▮▮▮. LIT/PC. ▮▮▮▮. VYR/2001. VMA/STRN. VMO/SL. VST/4D. VCO/MAR |
| | | 2001 SATURN CORPORATION SL, MAROON, BURGUNDY FOUR-DOOR SEDAN, 2395 POUNDS |
| | | ** REGISTERED TO ** |
| | | ▮▮▮▮ SEX/FEMALE. |
| | | EVN ST1-ROVNAKV (21:13:38): If found please contact ▮▮▮▮ thank you |
| 11/15/2012 21:55:16 ALL | 920 | EVN REQUESTING ECSO TO PING THE CELL |
| 11/15/2012 21:56:42 ECS | 920 | Disposition Added - Log Only |
| 11/15/2012 22:01:15 ALL | 920 | VERIZON UNABLE, THE CELL IS OFF |
| 11/15/2012 22:01:16 ECS | 920 | Archived |

| Printed Date: 6/27/2014 8:11:22 AM | Page # 1 |
|---|---|

- 12/15/10 Gang unit in the Spring Valley area, four hours on the case, no other details
- 1/31/11  Robbery unit with possible kidnapping charge/domestic violence case described as bogus on tracking log, unable to locate the phone. Exigent? Yes.
- 10/22/11 Robbery unit with a possible kidnapping as a possible other crime, probable cause, no warrant, it took 15 minutes to locate the Cricket phone, suspect was arrested. Exigent? Yes
- 12/14/11 Gang unit, target located but not arrested, two hours to locate Cricket phone, noted on document "1st 'real' mission-successful."
- 12/20/11 Robbery unit/southeast, looking for a Cricket phone owned by the victim. Exigent? Not shown
- 12/20/11 No unit named, may be related to robbery unit/southeast, kidnapping "victim showed up and said it was all false." Exigent? Not indicated.
- 12/20/11 District Attorney, tracking an AT&T phone, allegations of a child abduction, phone located in twenty minutes, no arrest. Exigent circumstances not indicated.
- 3/8/12 Robbery unit, additional charge of attempted murder, T-mobile phone located in three hours (it was off for some time) no arrest. No exigent listed.
- 7/10/12 Robbery unit, additional charge of home invasion, Sprint phone located in two hours for three different days, arrest was made. No exigent listed.
- 10/17/12  Robbery unit three, possible torture involved,  Cricket cell located and target arrested. No exigent circumstances indicated on the form.
- 12/4/12  Robbery unit, no additional information.
- 1/4/13  Robbery unit, Cricket phone from 619 area code located in sixty minutes, arrest made, 10 Verizon phones listed on tracking log. Exigent? Yes.
- 5/22/13 Robbery unit, allegation of kidnapping as well, 70th and University area, T-Mobile phone located, probable cause for arrest but no arrest was made. Exigent? Yes.
- 9/5/13 Robbery unit, other: "attempt murder" no information on locating phone, arrest or location, no search warrant indicated.
- 10/1/13 Homicide unit, target was located on 45th Street in San Diego, ten minutes to locate a Sprint cell phone connected to target. No indication of exigent circumstances.
- 11/20/13 Robbery/unit three, unable to locate a AT&T phone in eight various locations in San Diego, El Cajon. Exigent? No.
- 2/10/14 Robbery unit in East San Ysidro found target with a Cricket cell phone, took five minutes to locate the phone, no arrest, no probable cause, no exigent mentioned.
- 2/15/14 Robbery unit, other crimes, "case-confidential" In the El Cajon area an AT&T cell phone, no description of results. Exigent? Yes.
- 3/27/14 Robbery unit, in South Park area, Cricket cell phone not located after 20 minutes, no arrests, no warrants issued. Exigent? No.
- 6/9/14 Northern Division, no unit indicated, T-Mobile phone with probable cause, it took sixty minutes to locate the phone. Exigent? Yes. No further information.
- 7/9/14  Identified as Team 3, North County, Verizon cell phone, arrest warrant. Exigent? Yes. No further details on results.

- 10/9/14 SIU, ==Northeast Escondido,== tracking AT&T cell phone, they have an arrest warrant, no further information.
- 1/20/15 Robbery unit, possible attempted murder, cell phone in the ==area of Front Street and Ivy,== probable cause for arrest but none made, no further details on phone tracking. Exigent? No.
- 2/17/15 SIU, ==Chula Vista,== looking for a Sprint cell phone, they located the phone in fifteen minutes, found the target, who was arrested. Exigent? No.
- 3/3/15 Robbery unit, ==10th & F Street,== Sprint cell phone sought with a probable cause, no arrest warrant, target not located, no other details, they go again the next day looking for suspect. Exigent? Yes.
- 3/4/15 Robbery unit, ==10th & F Street,== Sprint cell phone located in one hour but not the target. Exigent? Yes.